**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Adrian Howard JACKSON, Defendant—Appellant.**

No. 09–6046.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2009.

Decided: May 5, 2009.

Adrian Howard Jackson, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Howard Jackson appeals the district court's order denying his motion for

reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006), and a subsequent order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jackson*, No. 0:98–cr–01126–JFA–2 (D.S.C. filed Dec. 18 & entered Dec. 19, 2008; filed Jan. 7, 2009 & entered Jan. 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*